(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
AUG - 5 2005
MARY L.M. MORAN
CLERK OF COURT

(44)

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISARAEL DUARTE-ROSAS,<br><br>Defendant. | CR 98-00219<br>(CV 04-00021)<br><br>NOTICE OF APPEAL |

Notice is hereby given that Isarael Duarte-Rosas, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying defendant's motion under 28 U.S.C. § 2255 entered in this action on July 13, 2005.

Dated at Hagåtña, Guam, this 5th day of August, 2005.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENT\NtcofAppl.IDuarte-Rosas)

ORIGINAL