# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Respondent,<br><br>             vs.<br><br>ISARAEL DUARTE-ROSAS,<br><br>  Defendant-Petitioner. | Criminal Case No. 98-00219<br><br>Civil Case No. 04-00021<br><br>**ORDER** |

This matter is before the court on remand from the Ninth Circuit Court of Appeals ("Ninth Circuit"). The Ninth Circuit ordered that this court conduct an evidentiary hearing. *See United States v. Duarte-Rosas*, 2007 WL 582845 (9th Cir. February 20, 2007). Accordingly, an evidentiary hearing in this matter is scheduled for Wednesday, July 25, 2007 at 1:30 p.m. The evidence at the hearing will be limited to that which will assist the court in determining the meaning of "elsewhere" as contained in Petitioner Isarael Duarte-Rosas ("Duarte-Rosas") plea agreement and whether Duarte-Rosas is "actually innocent" of conspiracy to import heroin. *Id*. *See also United States v. Benboe*, 157 F. 3d 1181, 1184 (9th Cir. 1998).

Attorney Curtis Van de Veld shall continue as Duarte-Rosas' counsel for purposes of this hearing. The United States Marshal is ordered to ensure Duarte-Rosa's presence in person for said hearing. Duarte-Rosas shall be returned to Guam at least ten (10) days prior to said hearing.

**SO ORDERED.**

                                                                          **/s/ Frances M. Tydingco-Gatewood**
                                                                                **Chief Judge**
                                                                        **Dated: May 07, 2007**